JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOUDA HASSID ) | CASE NO. CV 09-3063-MMM(RZx) |
| Plaintiff(s), ) | |
| vs. ) | ORDER DISMISSING CIVIL ACTION |
| LEXINGTON INSURANCE COMPANY, ET AL ) | |
| Defendant(s). ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 20, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE